UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 3:14-cv-307

vs.

KIMBERLY PARKER-BILLINGSLEY,      District Judge Thomas M. Rose
                                                    Magistrate Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on February 10, 2015 (Doc. #7) is **ADOPTED** in full;

2. The United States' motion to for default judgment (doc. #6) is **GRANTED**;

3. The United States is awarded $285,850.00 through April 1, 2014; plus additional interest on the principal balance from said date at the rate of 3.125 per annum to the date of judgment; plus additional interest from the date of judgment at the legal interest in effect on the date of judgment, computed daily and compounded annually until paid in full;

4. The United States is awarded costs to be determined by the Clerk of Courts; and

5. This case is terminated on the docket of this Court.

Date: March 3, 2015                                                      *s/Thomas M. Rose
                                                                     _____
                                                                       THOMAS M. ROSE
                                                              UNITED STATES DISTRICT JUDGE