IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.

**KIMBERLY PARKER-BILLINGSLEY,**
**SSN: \*\*\*-\*\*-5945**

    **Defendant.**

    **and**

**TIME WARNER CABLE ADMINISTRATION LLC**
    **Garnishee.**

: CASE NO: 3:14-CV-307

: MAGISTRATE JUDGE NEWMAN

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

Date: September 24, 2015       *s/ Michael J. Newman*
                    Michael J. Newman
                    United States Magistrate Judge