**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**
                              **Plaintiff,**

    **against**

**KIMBERLY PARKER-BILLINGSLEY,**            **CASE NO. 3-14-CV-307**
                              **Defendant,**
                                                          **JUDGE ROSE**
        **and**

**TIME WARNER CABLE,**
                              **Garnishee.**

### <u>ORDER OF GARNISHMENT</u>

A Writ of Continuing Garnishment having been issued by this Court and having been served on the Defendant and the Garnishee; and the Garnishee having filed its Answer as required by law; and Plaintiff and Defendant having agreed to the terms of the garnishment as set forth in the Stipulation of Settlement filed herein;

**IT IS ORDERED** that all future remittances made by the Garnishee to the Plaintiff be in the amount of **$275.00** for each **bi-weekly** pay period; and

**IT IS FURTHER ORDERED** that for each future bi-weekly pay period the Garnishee withhold the sum of **$275.00** from any amount due to the Defendant and pay this amount to the Plaintiff and the Garnishee shall continue this withholding and payment to the Plaintiff until the debt to the Plaintiff is paid in full, or until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor, or until further Order of this Court.  This Order supersedes the Garnishee Order filed April 23, 2021 [doc #19].


                              *s/Thomas M. Rose*
                              _____

Dated: January 19, 2022            UNITED STATES JUDGE